IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILBERT L. JOHNSON
ADC # 84494                                                                             PLAINTIFF

v.                          Case No. 4:18-cv-00222-KGB

TIM ROBERTS, *et al*.                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

So ordered this 2nd day of October, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE